THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GEOFFREY K. WILLSON,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT, *et al.*,<br><br>Defendants. | CASE NO. C08-1812-JCC<br><br>ORDER DISMISSING COMPLAINT |

This matter comes before the Court on the stipulation of dismissal filed by the United States and Relator Geoffrey K. Willson (Dkt. No. 29). The Court having thoroughly considered the stipulation and the relevant record, and the parties having agreed to a settlement of certain claims raised in this matter, the Court hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. All of the claims set forth in the complaint shall be dismissed against all Defendants with prejudice to the Relator, and with prejudice to the United States to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement concluded among the United States, the Relator, and Alcatel-Lucent World Services Inc. on September 10, 2012, but otherwise without prejudice to the United States; and

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement in the event that becomes necessary.

//

//

ORDER DISMISSING COMPLAINT
PAGE - 1

1    SO ORDERED this 26th day of September 2012.

 

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT
PAGE - 2